[Nos. 18335-1-III; 19122-2-III. Division Three. March 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TRUMAN LEE HIGGINBOTHAM, *Appellant*. *In the Matter of the Personal Restraint of* TRUMAN HIGGINBOTTOM,[†] *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, 98-1-01372-0, Salvatore F. Cozza, J., entered March 26, 1999. Judgment *affirmed* and petition *denied* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18569-9-III. Division Three. March 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LENG M. HANG, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02001-7, Michael E. Donohue, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18586-9-III. Division Three. March 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ALLEN KEFFELER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 99-1-50099-6, Dennis D. Yule, J., entered June 15, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.

---

[†] Appellant's name is spelled "Higginbotham" in all documents except the personal restraint petition. We will use the spelling used in the Information.